■ LINDA A. GORSKI, Respondent, v TOONS, INC., Appellant, et al., Defendants. [707 NYS2d 920] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Mahoney, J. (Appeal from Order of Supreme Court, Erie County, Mahoney, J.— Summary Judgment.) Present—Pigott, Jr., P. J., Hayes, Scudder, Kehoe and Balio, JJ.